JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE DUNN an Individual;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; MASSIMO ZANETTI BEVERAGE USA, Inc., a Delaware Corporation; EXCELCO TRADING, L.P, a New York Limited Partnership,<br><br>　　　　Defendants | CASE NO.: 2:21-cv-01751-JFW-AGRx<br>*Assigned to Hon. John Walter*<br><br>**ORDER TO REMAND ACTION TO STATE COURT**<br><br>SAC Filed: May 24, 2021<br><br>Trial Date: June 28, 2022 |

　　　Upon considering the Stipulation submitted to the Court, and it appearing for good cause shown that the Stipulation should be granted, the Court hereby finds, and decrees as follows:

　　　1.　　IT IS HEREBY ORDERED that this action be remanded to Los Angeles Superior Court.

　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED.**

**DATED: November 22, 2021**

　　　　　　　　　　　　　　　　　　　　　　*/s/ John F. Walter*
　　　　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**